CITY OF NEW ROCHELLE, Respondent, *v.* FLORENCE B. CLOSTER et al., Appellants.

Argued June 5, 1946; decided July 23, 1946.

*Lyle Evans Mahan* and *Morgan H. Seacord* for appellants.
*Aaron Simmons, Corporation Counsel* (*Francis S. Claps* of counsel), for respondent.

Appeal dismissed, with costs, upon the ground that no constitutional question was properly raised in the courts below. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.